# Order

Michigan Supreme Court
Lansing, Michigan

December 9, 2015

151447

CHARLIE B. HOBSON and
MARY L. HOBSON,
        Plaintiffs-Appellees,

v

INDIAN HARBOR INSURANCE COMPANY ,      SC: 151447
XL INSURANCE AMERICA, INC., and XL       COA: 316714
INSURANCE COMPANY OF NEW YORK, INC.,   Wayne CC: 12-008167-CK
        Defendant-Appellants,

and

WILSON INVESTMENT SERVICE &
CONSTRUCTION, INC., WILSON INVESTMENT
SERVICE, CRESCENT HOUSE APARTMENTS,
CRESCENT HOUSE APARTMENTS, L.L.C., W-4
FAMILY LIMITED PARTNERSHIP, W-4 FAMILY
L.L.C., and JAMES P. WILSON,
        Defendant-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

On order of the Court, the application for leave to appeal the March 10, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Total Pollution Exclusion Endorsement is ambiguous, and (2) whether there was a discharge, dispersal, seepage, migration, release, or escape of a pollutant that caused the plaintiffs' injuries. The parties should not submit mere restatements of their application papers.

BERNSTEIN, J., not participating due to his prior relationship with The Sam Bernstein Law Firm.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015

a1202



Clerk